# In the United States Court of Federal Claims

No. 13-475 C

(Filed October 30, 2013)

```
* * * * * * * * * * * * * * * * * * * *
DOMER L. ISHLER,                    *
                                    *
            Plaintiff,              *
                                    *
    v.                              *
                                    *
THE UNITED STATES,                  *
                                    *
            Defendant.              *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

On October 29, 2013, plaintiff filed an Unopposed Emergency Motion to Enlarge Time in this matter. Plaintiff's motion for enlargement of time requests an enlargement of time of twenty-one days, to and including November 22, 2013, within which to file plaintiff's response to defendant's motion to dismiss. For good cause shown, it is hereby **ORDERED** that plaintiff's motion is **GRANTED**.

/s/Lynn J. Bush
LYNN J. BUSH
Senior Judge