# In the United States Court of Federal Claims

No. 13-475 C

(Filed December 11, 2013)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| DOMER L. ISHLER, | \* |
| | \* |
| *Plaintiff*, | \* |
| | \* |
| v. | \* |
| | \* |
| THE UNITED STATES, | \* |
| | \* |
| *Defendant*. | \* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

On December 2, 2013, defendant filed an Unopposed Motion for an Enlargement of Time of twenty-one days, to and including December 31, 2013, within which to file a reply brief in this matter. For good cause shown, it is hereby **ORDERED** that defendant's motion is **GRANTED**; and due to a scheduled closing of the court, the defendant shall **FILE** its **Reply** brief, on or before **January 2, 2014**. *See* General Order of the Court dtd October 3, 2013.

/s/Lynn J. Bush
LYNN J. BUSH
Senior Judge